1  AUSTIN P. NAGEL, ESQ.
California State Bar #118247

2  LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305

**The following constitutes
the order of the court. Signed August 23, 2015**

3  San Ramon, California 94583
Telephone: (925) 855-8080

4  Facsimile: (925) 855-8090

_____

5  Attorneys for Secured Creditor,
WELLS FARGO BANK, N.A.,

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

6  dba WELLS FARGO DEALER SERVICES

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  In Re:                                    Case No. 15-51745 MEH
                                              (Chapter 13 Proceeding)
11  JASON P. MAXFIELD
    and HEATHER M. MAXFIELD,                  R.S. No. APN-2728
12
                                              ORDER GRANTING WELLS FARGO BANK,
13      Debtors.                              N.A., DBA WELLS FARGO DEALER
                                              SERVICES'S MOTION FOR RELIEF FROM
14  _____/        AUTOMATIC STAY RE: 2013 DODGE GRAND
                                              CARAVAN (V.I.N. 2C4RDGCG3DR754258)
15
                                              Date:  August 14, 2015
16                                            Time:  10:00 a.m.
                                              Judge: M. Elaine Hammond
17                                            Ctrm:  #3020,
                                                     280 S. First Street,
18                                                   San Jose, CA

19

20          On August 14, 2015, a preliminary hearing was held before the above-entitled Court regarding WELLS

21  FARGO BANK, N.A., dba WELLS FARGO DEALER SERVICES's (hereinafter referred to as "Movant")

22  Motion For Relief From Automatic Stay under 11 U.S.C. § 362(d)(1) pertaining to that 2013 Dodge Grand

23  Caravan, (V.I.N. 2C4RDGCG3DR754258) (hereinafter referred to as the "property").

24          All appearances having been duly entered on the record and after oral, documentary, and/or competent

25  evidence was considered, the above-entitled Court found and ordered as follows:

26          IT IS HEREBY ORDERED that Movant's Motion For Relief From Automatic Stay, as it pertains to

27  the aforementioned property, is hereby granted.  Therefore, IT IS HEREBY FURTHER ORDERED that upon

28  entry hereof, the automatic stay provisions currently in force and effect as they pertain to the interest of the

1   Debtors, JASON P.MAXFIELD and HEATHER M. MAXFIELD, as well as to the interest of Chapter 13

2   Trustee, Devin Derham-Burk, and to the interest of the United States Trustee in the aforementioned property

3   are hereby lifted and IT IS HEREBY FURTHER ORDERED that the provisions of Federal Rules of

4   Bankruptcy Procedure Rule 4001(a)(3) shall not apply.

5        This order grants relief from the automatic stay provisions heretofore pending in the above-captioned

6   action to allow Movant to repossess and sell its collateral.  IT IS HEREBY FURTHER ORDERED, however,

7   that any deficiency remaining on this account shall remain subject to the automatic stay provisions pending in

8   the above-captioned action and any discharge granted in this action.

9        IT IS HEREBY FURTHER ORDERED that such relief will allow Movant, to send to any party or

10  parties protected by the stay under the applicable provisions of 11 U.S.C. § 362, any and all notice required by

11  State and/or Federal law, regulation or statute.

12       IT IS HEREBY FURTHER ORDERED that this order is binding and effective despite any

13  conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

14       IT IS HEREBY FURTHER ORDERED that Counsel for Movant will not seek attorneys fees.

15

16                                    ** END OF ORDER **

17

18

19

20

21

22

23

24

25

26

27

28

1    **COURT SERVICE LIST**

2

3    Electronically mailed to ECF registered participants

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 15-51745    Doc# 19    Filed: 08/23/15    Entered: 08/24/15 11:26:43    Page 3 of 3